# Exhibit 3

JAMES ARBITRATION
STREAMLINED ARBITRATION RULES & PROCEDURES

Case No _____

Carolina Client Services, LLC

    Claimant

and

Daniel Rufty Legal, PLLC d/b/a
Carolina Legal Services

    Respondent

## MOTION TO DISMISS

NOW COMES the Respondent and moves to dismiss Claimant's Demand for Arbitration and Statement of Claim pursuant to Rule 12(b)6 of the North Carolina Rules of Civil Procedure In support of said Motion, Respondent alleges as follows

1. Paragraph 9(f) of Exhibit 1 and paragraph 12 of Exhibit 2 of the Demand for Arbitration and Statement of Claim require the agreement is only to be arbitrated before the American Arbitration Association

WHEREFORE, the Respondent respectfully requests that the Claimant's Demand for Arbitration and Statement of Claim be dismissed

This the 10th day of December, 2020

Daniel Rufty
Daniel Rufty Legal, PLLC
3440 Toringdon Way, Suite 205
Charlotte, NC 28277

JAMES ARBITRATION
STREAMLINED ARBITRATION RULES & PROCEDURES

Case No. _____

Carolina Client Services, LLC

    Claimant

and

Daniel Rufty Legal, PLLC d/b/a
Carolina Legal Services

    Respondent

## CERTIFICATE OF SERVICE

This is to certify that I have on the 10th day of December, 2020 served Claimant with a copy of the attached MOTION TO DISMISS by depositing a copy of the same in the United States Mail with sufficient postage thereon to ensure delivery and addressed as follows:

    Jason D. Evans
    301 S. College Street, 34th Floor
    Charlotte, NC 28202

    Christopher W. Carlson, Jr.
    Troutman Pepper Hamilton Sanders LLP
    1001 Haxall Point, PO Box 23219
    Richmond, VA 23219

    _/s/ Daniel Rufty_
    Daniel Rufty
    Daniel Rufty Legal, PLLC
    3440 Toringdon Way, Suite 205
    Charlotte, NC 28277