# Exhibit 5



January 5, 2021

      Re: **Carolina Client Services, LLC vs. Daniel Rufty Legal, PLLC dba Carolina Legal Services**
          Ref. No.: 1440007153

Dear Parties,

We have received and reviewed the correspondence from the Parties in the above referenced matter.

JAMS has been presented with an agreement that provides for arbitration at JAMS. Therefore, we intend to move forward and appoint an arbitrator. The Parties may participate in the arbitrator selection process without waiving the arguments that have been presented to date. Any issues regarding jurisdiction and/or the arbitration agreement should be directed to the arbitrator, once appointed.

Sincerely,

*Elizabeth Carter*

Liz Carter

ecarter@jamsadr.com

Vice President-East/Central Region

212-607-2737

# SERVICE LIST

| | | | |
|---|---|---|---|
| **Case Name:** | Carolina Client Services, LLC vs. Daniel Rufty Legal, PLLC dba Carolina Legal | **Hear Type:** | Arbitration |
| **Reference #:** | 1440007153 | **Case Type:** | Business/Commercial |
| **Panelist:** | 1-JAMS, JAMS , | | |

### Chris Carlson

Troutman Pepper Hamilton Sanders, LLP

Chris Carlson  
1001 Haxall Pt.  
15th Floor  
Richmond, VA 23219  
chris.carlson@troutman.com

Claimant  
Phone: 804-697-1200  
Fax: 804-697-1339

**Party Represented:**
Carolina Client Services, LLC

### Jason D. Evans

Troutman Pepper Hamilton Sanders, LLP

Jason D. Evans  
301 S. College St.  
34th Floor  
Charlotte, NC 28202  
Jason.Evans@troutman.com

Claimant  
Phone: 704-998-4050

**Party Represented:**
Carolina Client Services, LLC

### Agustin E. Rodriguez

Troutman Pepper Hamilton Sanders, LLP

Agustin E. Rodriguez  
1001 Haxall Pt.  
15th Floor  
Richmond, VA 23219  
agustin.rodriguez@troutman.com

Claimant  
Phone: 804-697-1200  
Fax: 804-697-1339

**Party Represented:**
Carolina Client Services, LLC

### Daniel Rufty

Daniel Rufty Legal, PLLC dba Carolina Legal Services

Daniel Rufty  
3440 Toringdon Way  
Suite 205  
Charlotte, NC 28277  
daniel.rufty@gmail.com

Respondent  
Phone: 855-250-8343  
Fax: 855-250-6072

**Party Represented:**
Daniel Rufty Legal, PLLC dba Carolina Legal Services

**PROOF OF SERVICE BY E-Mail**

Re: Carolina Client Services, LLC vs. Daniel Rufty Legal, PLLC dba Carolina Legal Services
Reference No. 1440007153

I, Nykesha Potts, not a party to the within action, hereby declare that on January 05, 2021, I served the attached JAMS Response to the Motion to Dismiss on the parties in the within action by electronic mail at Atlanta, GEORGIA, addressed as follows:

| | |
|---|---|
| Jason D. Evans Esq. | Chris Carlson Esq. |
| Troutman Pepper Hamilton Sanders, LLP | Agustin E. Rodriguez Esq. |
| 301 S. College St. | Troutman Pepper Hamilton Sanders, LLP |
| 34th Floor | 1001 Haxall Pt. |
| Charlotte, NC 28202 | 15th Floor |
| Phone: 704-998-4050 | Richmond, VA 23219 |
| Jason.Evans@troutman.com | Phone: 804-697-1200 |
|    Parties Represented: | chris.carlson@troutman.com |
|    Carolina Client Services, LLC | agustin.rodriguez@troutman.com |
| |    Parties Represented: |
| |    Carolina Client Services, LLC |

Daniel Rufty Esq.
Daniel Rufty Legal, PLLC dba Carolina Legal Services
3440 Toringdon Way
Suite 205
Charlotte, NC 28277
Phone: 855-250-8343
daniel.rufty@gmail.com
   Parties Represented:
   Daniel Rufty Legal, PLLC dba Carolina Legal

I declare under penalty of perjury the foregoing to be true and correct. Executed at Atlanta, GEORGIA on January 05, 2021.

*Nykesha Potts*
Nykesha Potts
JAMS
nykeshapotts@jamsadr.com